AUGUST 23, 1944

**No. 49685.—SUIT 4460.—** *United States* v. *M. S. Cowen & Co.* C. D. 783 reversed. C. A. D. 283.

AUGUST 26, 1944

**No. 49686.—SUIT 4472.—** *Pink Supply Co.* v. *United States.* C. D. 824 affirmed. C. A. D. 284.

BEFORE THE THIRD DIVISION, AUGUST 30, 1944

**No. 49687.**—Protests 53379–K, etc., of C. J. Tower & Sons et al. (Buffalo).

Opinion by CLINE, J. It was stipulated that the oat scalpings are similar to those the subject of *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823). In accordance therewith this claim was sustained.

**No. 49688.**—Protest 625965–G of Yan Ning Tong & Co. (San Francisco).

Opinion by CLINE, J. From the uncontradicted evidence it was found that the merchandise described as Yee Yoke is a crude drug. In accordance therewith the protest was sustained as to item No. 2 in case 42.